3187D                                                                                      6194385

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUCIOUS HARDING, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:15-cv-11233 |
| ) | |
| vs. ) | Judge: |
| ) | |
| M & M LOGISTICS, INC. and EARVING COLE,) | |
| ) | |
| Defendants, ) | |

## DEFENDANT'S PETITION FOR REMOVAL

To the Judges of the United States District Court for the Northern District of Illinois.

1.  M & M LOGISTICS, INC. and its former employee or agent, EARVING COLE, are defendants in a civil action brought in the Circuit Court of Cook County, State of Illinois, entitled <u>Lucious Harding v. M & M Logisticsk, Inc. and Earving Cole,</u> docket number 15 L 11752. A copy of the Summons and Complaint in that action served on Defendant M & M Logistrics is attached hereto as Exhibit "1" and constitutes all process, pleadings and orders served on defendants to date in such action, case number 15 L 11752 on that court's docket.

2.  The above-described action was commenced by service of process consisting of service of said Summons and Complaint upon Defendant M & M LOGISTICS, INC. on or about December10 or 11, 2015. +

3.  The above-described civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 is one which may be removed to

this Court by the defendant pursuant to the provisions of 28 U.S.C. §§1441 and 1446, in that the plaintiff is a citizen of and resides in the State of Illinois, and that Defendants M & M LOGISTICS, INC. and its former employee or agent, EARVING COLE, all reside in the State of Arkansas and have no residences or offices in the State of Illinois.

   4. Defendant M & M LOGISTICS, INC. has a Good Faith belief that the amount in controversy of plaintiffs' personal injury action exceeds the jurisdictional amount of Seventy-five Thousand Dollars ($75,000), exclusive of interests and costs, as plaintiff has filed an action alleging severe bodily injuries to Plaintiff, and seeks in excess of $50,000 in the prayer for relief.

   5. In a letter dated September 8, 2015, to the insurance carrier prior to filing suit, however, Plaintiff's attorney Harvey L. Walner & Associates, LTD., outlined the medical bills and other damages claimed from this accident and the medical bills and wage loss to date totaled $88,601.74. (See Exhibit 2, attached hereto.) In the complaint, Plaintiff requests damages for personal injury, past and future, as well as past and future pain and suffering. For these reasons, Defendant's believe that Plaintiff is seeking in excess of $75,000 in this case is reasonable and warranted by the information available to date.

   WHEREFORE, the Defendant, M & M Logistics, INC. petitions this Honorable Court for the entry of an order removing the above-captioned lawsuit from the Circuit Court of Cook County, Law Division, to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§1332, 1441, and 1446.

         Respectfully submitted,

         CAMELI & HOAG, P.C.

By: <u>/s/ Perry W. Hoag</u>

Perry W. Hoag, ARDC #6194385
CAMELI & HOAG, P.C.
Attorneys for Defendant
105 W. Adams, Suite 1430
Chicago, Illinois 60603
312-726-7300
ARDC No. 6194385