# EXHIBIT B



**HARVEY L. WALNER & ASSOCIATES, LTD.**
*A Passion for Justice*

September 8, 2015

Scottsdale Insurance Company
P.O. Box 4110
Scottsdale, AZ. 85261

SEP 1 0 2015

Attention: Mr. William Benson

RE: Lucious Harding -vs- M & M Logistics & Earving Cole
Date of Occurrence: February 24, 2015
YOUR CLAIM NO. 01637731
OUR FILE/PINS NO. 225626

Dear Mr. Benson:

Enclosed herein please find items of special damages **TO DATE** with regard to my client as follows:

| | | |
|---|---|---:|
| 1.) | Advanced Physical Medicine | $ 9,727.74 |
| 2.) | Archer Open MRI | 7,000.00 |
| 3.) | APM Surgical Group (4/1/15) | 3,700.00 |
| 4.) | APM Surgical Group (4/17/15) | 7,400.00 |
| 5.) | APM Surgical Group (4/29/15) | 11,100.00 |
| 6.) | APM Surgical Group (6/1/15) | 27,392.65 |
| 7.) | RM Anesthesia (4/1/15 & 4/17/15) | 1,900.00 |
| 8.) | Pinnacle Interventional Pain (5/8/15 & 6/1/15) | 7,295.00 |
| 9.) | St. Bernard Hospital | 1,937.00 |
| 10) | Universal Radiology, Ltd. | 350.00 |
| 11) | Foundation For Emergency Services | 470.00 |
| 12) | City of Chicago EMS | 993.00 |
| 13) | Ingalls Memorial Hospital | 572.00 |
| 14) | Optech Orthotics | 110.00 |
| 15) | Wage loss verification | 4,680.00 |
| 16) | Wage loss verification | 3,974.35 |
| | | $88,601.74 |
| 17) | Auto (deductible) | $ 500.00 |
| 18) | Car rental | 172.73 |
| 19) | Car rental | 811.33 |
| | | $ 1,484.06 |

---

33 North LaSalle Street • Suite 2700 • Chicago, IL 60602
Tel: 312.782.8550 • Fax: 312.782.2646 • walner@walnerlaw.com
www.walnerlaw.com



A Passion for Justice

**September 8, 2015**
**Page two (2) -cont.**

**My client continues under the care of Dr. Ronald Michael for the injury sustained in this accident, and <u>additional medical records/bills will be forthcoming.</u>**

After your examination and evaluation of the enclosed, kindly contact my office to discuss this claim, and provide my office with your insured's policy limits pursuant to 215 ILCS 5/143.24b. Thank you in advance for your anticipated cooperation in this matter.

Very truly yours,

HARVEY L. WALNER & ASSOCIATES, LTD.

BY: _____
JONATHAN WALNER

JW:jr
Encls. (Executed medical/wage authorizations attached)
CERTIFIED MAIL
RETURN RECEIPT REQUESTED

33 North LaSalle Street • Suite 2700 • Chicago, IL 60602
Tel: 312.782.8550 • Fax: 312.782.2646 • walner@walnerlaw.com
www.walnerlaw.com