## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LUCIOUS HARDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. **1:15-cv-11233** |
| | ) | |
| M&M LOGISTICS, INC. and | ) | |
| EARVING COLE, | ) | |
| | ) | |
| Defendants. | ) | |
| LOUIS CROUSE and KERRI | ) | |
| PERKINS, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16-cv-03419 |
| | ) | |
| vs. | ) | Honorable Judge John Lee |
| | ) | Magistrate Judge Michael T. Mason |
| M&M LOGISTICS, INC. and | ) | |
| EARVING COLE, | ) | |
| | ) | |
| Defendants | ) | |

## DISMISSAL ORDER

This matter coming to be heard on defendants' motion to dismiss, the court being fully advised in the premises and all matters in dispute between the defendants and plaintiffs Louis Crouse and Kerri Perkins having been satisfactorily compromised and settled;

**IT IS HEREBY ORDERED** that plaintiffs' cause of action between <u>Louis Crouse and Kerri Perkins vs. M&M Logistics, Inc. and Earving Cole</u>, be and hereby

is by stipulation dismissed and terminated  with prejudice and without costs to either party, all matters in controversy having been settled.

Plaintiff Lucious Harding's cause of action against defendants shall remain pending.

July 20, 2016

..............................................
John Z. Lee