UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUCIOUS HARDING, | ) |
| Plaintiff, | ) |
| vs. | ) No. **1:15-cv-11233** |
| M&M LOGISTICS, INC. and EARVING COLE, | ) |
| Defendants. | ) |
| LOUIS CROUSE and KERRI PERKINS, | ) |
| Plaintiffs, | ) No. 16-cv-03419 |
| vs. | ) Honorable Judge John Lee |
| | ) Magistrate Judge Michael T. Mason |
| M&M LOGISTICS, INC. and EARVING COLE, | ) |
| Defendants | ) |

## ORDER

This matter coming to be heard on defendant's motion and stipulation of the parties:

IT IS HEREBY ORDERED that plaintiff Lucious Harding is barred from making a claim at trial for recovery of past or future lost wages, lost income, lost employment benefits, or lost business opportunity.

Date: 8/16/16

_____
JUDGE JOHN LEE